

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2023

No. 04-22-00555-CR, 04-22-00558-CR & 04-22-00559-CR

Martin **MERCADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-9451, 2019-CR-9449, & 2019-CR-9450
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

Appellant's brief was originally due February 16, 2023. On February 16, 2023, appellant filed a Motion to Recalculate Current Due Date for Filing Appellant's Opening Brief. An appellant must file a brief within 30 days after the later of: (1) the date the clerk's record was filed; or (2) the date the reporter's record was filed. TEX. R. APP. P. 38.6. The court reporter filed the last of the reporter's record on February 13, 2023. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief by **March 15, 2023**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court